Jones, S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - x

VIACOM INTERNATIONAL INC., ET AL.

      Plaintiffs,

        v.

CABLEVISION SYSTEMS CORPORATION and CSC
HOLDINGS, LLC,

      Defendants.

- - - - - - - - - - - - - - - - - - - - x

**11-CV-4265 (BSJ)**

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for Plaintiffs Viacom International Inc., et al. ("Plaintiffs"), and counsel for Defendants

Cablevision Systems Corporation and CSC Holdings, LLC ("Defendants"), that the time for

Defendants to answer or otherwise respond to Plaintiffs' complaint in the above-captioned case

is extended to and including August 16, 2011.

Dated: New York, NY
      August 8, 2011

MAYER BROWN LLP

By: _____

    Andrew H. Schapiro
    A. John P. Mancini
    1675 Broadway
    New York, NY 10019
    Tel.: (212) 506-2500
    Fax: (212) 849-5500
    aschapiro@mayerbrown.com
    jmancini@mayerbrown.com

    *Attorneys for Defendants*

Dated:   New York, NY
        August 8, 2011

ARNOLD & PORTER LLP

By: _____
    Peter L. Zimroth
    Michael Schissel
    399 Park Avenue
    New York, New York 10022
    Tel.: (212) 715-1000
    Fax: (212) 715-1390
    peter.zimroth@aporter.com
    michael.schissel@aporter.com

*Attorneys for Plaintiffs*

**SO ORDERED:**

_____
U.S.D.J.

8/9/11

-2-