

Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

VIACOM INTERNATIONAL INC., MTV : Civil Action No. 11 CV 4265 (BSJ)
NETWORKS, a division of Viacom International :
Inc., COMEDY PARTNERS, BET HOLDINGS :
LLC and COUNTRY MUSIC TELEVISION, INC., :

Plaintiffs,

- against -

CABLEVISION SYSTEMS CORPORATION and
CSC HOLDINGS, LLC,

Defendants.
-------------------------------------------------------- x

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated and agreed by and between Plaintiffs and Defendants, through their undersigned attorneys, that the above-captioned action is hereby dismissed without prejudice, with each party to bear its own costs, fees and disbursements; and it is further

Stipulated and agreed that all pleadings filed under seal in the above-captioned action shall remain under seal.

Dated: New York, New York
August 11, 2011

ARNOLD & PORTER LLP

By: _____
Peter L. Zimroth
Michael D. Schissel
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiffs*

MAYER BROWN LLP

By: _____
Andrew H. Schapiro
A. John P. Mancini
1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated: August 18, 2011

_____
UNITED STATES DISTRICT JUDGE